IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-00016-PAB-MJW

EMMA GARCIA,

Plaintiff(s),

v.

STATE BEAUTY SUPPLY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Vacate Settlement Conference, DN 24, filed with the Court on June 3, 2010, is GRANTED.  The Settlement Conference set on June 8, 2010, 3:00 p.m., is VACATED.  The parties shall submit an updated Status Report on or before July 12, 2010, advising the status of their case and any resolution of this matter.

Date:  June 4, 2010